**LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
DONNA R. DISHBAK, SBN 259311
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310)-279-5269
Facsimile: (310)-300-0267
E-mail: blake@lawbl.com

Attorneys For Plaintiff
DANA WEISS AND THOSE
SIMILARLY SITUATED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DANA WEISS, an individual, and all those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10;<br><br>Defendants. | Case No. 8:18-cv-01130-JLS-GJS<br><br>Judge: Hon. Josephine L. Staton<br>Mag. Judge: Hon. Gail J. Standish<br><br>**DECLARATION OF BLAKE J. LINDEMANN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT** |

I, Blake J. Lindemann, declare and state as follows:

1. I am over the age of 21 years and I am competent to make this Declaration. I have personal knowledge of the facts as stated in this Declaration, I will so personally state. I am counsel to the Class Plaintiff Dana Weiss. I am a member in good standing of the State Bar of California. I submit this declaration in support of Plaintiffs' Opposition To The Defendants' Motion to Dismiss or Strike Complaint ("Motion").

2. On June 26, 2018, Plaintiff commenced this class action complaint against Trader Joe's Company and DOES 1-10 (collectively, the "Defendants"). (Dkt. No. 1). On August 24, 2018, the Defendants filed a motion to dismiss the complaint or, in the alternative, motion to strike (Dkt. No. 16).

4. Attached as **Exhibit 1** is a true and correct copy of ABC News article titled, "Alkaline Water Claims to Offer Greater Hydration, Health Benefits." https://abcnews.go.com/Health/alkaline-water-claims-offer-greater-hydration-health-benefits/story?id=33268980.

5. Attached as **Exhibit 2** is a true and correct copy of the New York Times article titled, "Is Alkaline Water Really Better for You?" https://www.nytimes.com/2018/04/27/well/eat/alkaline-water-health-benefits.html.

6. Attached as **Exhibit 3** is a true and correct copy of study titled, "Systemic Review of the Association Between Dietary Acid Load, Alkaline Water and Cancer." https://bmjopen.bmj.com/content/6/6/e010438.

7. Attached as **Exhibit 4** is a true and correct copy of a study titled, "Influence of Alkaline Ionized Water on Rat Erythrocyte Hexokinase Activity and Myocardium." https://ci.nii.ac.jp/els/contentscinii_20181013060333.pdf?id=ART0001944400.

8. Attached as **Exhibit 5** is a true and correct copy of a study titled, "Systemic and local effects of long-term exposure to alkaline drinking water in rats." https://www.ncbi.nlm.nih.gov/pubmed/11493345.

9. Attached as **Exhibit 6** is a true and correct copy of article titled, "Alkaline Water—Find or Fraud?"

https://cspinet.org/tip/alkaline-water%E2%80%94find-or-fraud.

10. Attached as **Exhibit 7** is a true and correct copy of article titled, "Does Alkaline Water Really Hydrate You Better." https://www.wellandgood.com/good-advice/is-alkaline-water-more-hydrating-regular-water/.

11. Attached as **Exhibit 8** is a true and correct copy of an image of Trader Joe's Alkaline Water labeling.

12. Attached as **Exhibit 9** is a true and correct copy of the Notice of Violation of the California Consumer Legal Remedies Act and Duty to Preserve Evidence that was sent to Defendant Trader Joe's via certified mail on November 11, 2017.

13. Attached as **Exhibit 10** is a true and correct copy of article titled, "I Drank Fancy Water for a Week so you Don't Have to."

https://www.elle.com/beauty/health-fitness/a32285/alkaline-water-health-benefits-claims/.

14. Attached as **Exhibit 11** is a true and correct copy of article titled, "Huge Number of People Believe Drinking Alkalinized Water Prevents Diseases: Are They Right?" https://www.alternet.org/print/personal-health/huge-number-people-believe-drinking-alkalinized-water-prevents-diseases-are-they.

15. Attached as **Exhibit 12** is a true and correct copy of images reflecting the price of Trader Joe's Alkaline Water compared to that of Trader Joe's Spring Mountain Water.

///

///

///

///

///

1  Pursuant to 28 U.S.C. § 1746, I, Blake J. Lindemann, declare under penalty of
2  perjury under the laws of the United States of America that the foregoing is true and
3  correct. Executed this day of October 12, 2018 in Beverly Hills, California.

*/s/ Blake J. Lindemann*
BLAKE J. LINDEMANN