**LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
DONNA R. DISHBAK, SBN 259311
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone:  (310)-279-5269
Facsimile:   (310)-300-0267
E-mail:        blake@lawbl.com

Attorneys For Plaintiffs
DANA WEISS AND THOSE
SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DANA WEISS, an individual, and all those similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10;<br><br>Defendants. | Case No. 8:18-cv-01130-JLS-GJS<br><br>Judge: Hon. Josephine L. Staton<br>Mag. Judge: Hon. Gail J. Standish<br><br>**APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STRIKE COMPLAINT** |

**TABLE OF CONTENTS**

| Exhibit | Description | Pages |
|---|---|---|
| 1 | ABC News Article, *"Alkaline Water Claims to Offer Greater Hydration, Health Benefits."* | 1-2 |
| 2 | New York Times Article, *"Is Alkaline Water Really Better for You?"* | 3-5 |
| 3 | Study, *"Systemic Review of the Association Between Dietary Acid Load, Alkaline Water and Cancer."* | 6-20 |
| 4 | Study, *"Influence of Alkaline Ionized Water on Rat Erythrocyte Hexokinase Activity and Myocardium."* | 21-32 |
| 5 | Study, *"Systemic and local effects of long-term exposure to alkaline drinking water in rats."* | 33-39 |
| 6 | Article, *"Alkaline Water—Find or Fraud?"* | 40-42 |
| 7 | Article, *"Does Alkaline Water Really Hydrate You Better."* | 43-44 |
| 8 | Trader Joe's Alkaline Water Image | 45 |
| 9 | Notice of Violation of the California Consumer Legal Remedies Act and Duty to Preserve Evidence | 46-52 |
| 10 | Article, *"I Drank Fancy Water for a Week so you Don't Have to."* | 53-62 |
| 11 | Article, *"Huge Number of People Believe Drinking Alkalinized Water Prevents Diseases: Are They Right?"* | 63-67 |
| 12 | Trader Joe's Alkaline Water compared to that of Trader Joe's Spring Mountain Water Price Images | 68-69 |