1 | **LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
2 | DONNA R. DISHBAK, SBN 259311
433 N. Camden Drive, 4th Floor
3 | Beverly Hills, CA 90210
Telephone: (310)-279-5269
4 | Facsimile: (310)-300-0267
E-mail: blake@lawbl.com

Attorneys For Plaintiff
DANA WEISS AND THOSE
SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| DANA WEISS, an individual, and all those similarly situated; | Case No. 8:18-cv-01130-JLS-GJS |
|---|---|
| Plaintiff, | Judge: Hon. Josephine L. Staton<br>Mag. Judge: Hon. Gail J. Standish |
| v. | **APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STRIKE FIRST AMENDED COMPLAINT** |
| TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10; | |
| Defendants. | |

**APPENDIX**

| Exhibit | Description | Pages |
|---|---|---|
| Decl. | Declaration of Blake J. Lindemann | 1-3 |
| A | Plaintiff Dana Weiss' Requests For Production Of Documents To Defendant Trader Joe's Company, Set One | 4-20 |
| B | Plaintiff Dana Weiss' Interrogatories To Defendant Trader Joe's Company, Set One | 21-32 |
| C | Plaintiff Dana Weiss' Requests For Admission To Defendant Trader Joe's Company, Set One | 33-42 |
| D | Defendant Trader Joe's Objections And Responses To Plaintiff's Requests For Production, Set No. One | 43-85 |
| E | Defendant Trader Joe's Objections And Responses To Plaintiff's Interrogatories, Set No. One | 86-120 |
| F | Defendant Trader Joe's Responses And Objections To Plaintiff's Requests For Admission, Set One | 121-137 |
| G | California Legislative Information, SB-220 Vended water | 138-143 |