**LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
DONNA R. DISHBAK, SBN 259311
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310)-279-5269
Facsimile: (310)-300-0267
E-mail: blake@lawbl.com

Attorneys For Plaintiff
DANA WEISS AND THOSE
SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DANA WEISS, an individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 8:18-cv-01130-JLS-GJS<br><br>Judge: Hon. Josephine L. Staton<br>Mag. Judge: Hon. Gail J. Standish<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE PORTIONS OF THE DECLARATIONS OF MATT SLOAN AND COLLINS KILGORE**<br><br>Hearing Date: March 8, 2019<br>Time: 10:30 a.m.<br>Courtroom: 10A |

Plaintiff Dana Weiss, submits the following evidentiary objections to the Declaration of Matt Sloan ("Sloan Decl."), Dkt. No. 30-2 and the Declaration of Collins Kilgore ("Kilgore Decl."), Dkt. No. 30-3. A proposed order is attached hereto, and being lodged separately. The purpose of these evidentiary objections centers on the fact that the Ninth Circuit Court of Appeal recently established parameters on  moving parties' submission of evidence in connection with a Rule 12(b)(6) Motion. *Khoja v. Orexigen Therapeutics*, 899 F.3d 988 (9th Cir. 2018).

## I. SPECIFIC OBJECTIONS TO KILGORE AND SLOAN DECLARATIONS

| Obj. # | Declaration Cite | Grounds For Objection | Ruling |
|---|---|---|---|
| 1 | (¶ 2 Kilgore Decl. and accompanying exhibit 2).<br><br>Mr. Kilgore seeks to offer this document as a fact to establish his legal argument. | Fed. R. Evid. 106, 401, 402, 403, 602, 1002.<br><br>This is an improper submission by a moving party on a Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6). *Khoja v. Orexigen Therapeutics*, 899 F.3d 988 (9th Cir. 2018). | Sustained:<br>_____<br><br>Overruled:<br>_____ |
| 2 | (¶ 2 and ¶3 of Sloan Decl. and accompanying exhibit 1).<br><br>Mr. Sloan seeks to offer evidence of a "label design" that includes everything except "non- | Fed. R. Evid. 106, 401, 402, 403, 602, 1002.<br><br>This label does not include expiration date of the Product, a substantive change | Sustained:<br>_____<br><br>Overruled:<br>_____ |

| | |
|---|---|
| substantive changes." Mr. Sloan's declaration is also offered to show how magnesium may offset degradation of the pH of the Product, as referred to in the Motion, p. 13:9-12. | not existing on the label offered, and thus, violates the Rule of Completeness. |

Respectfully submitted,

Date:   February 1, 2019

LINDEMANN LAW FIRM, APC
BLAKE J. LINDEMANN

By: /s/ *Blake J. Lindemann*
    Blake J. Lindemann
ATTORNEYS FOR PLAINTIFF
DANA WEISS AND ALL THOSE
SIMILARLY SITUATED

## PROOF OF SERVICE

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210.

On February 4, 2019, I served the foregoing document as follows:

**PLAINTIFF'S EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE PORTIONS OF THE DECLARATIONS OF MATT SLOAN AND COLLINS KILGORE**

[X] by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

[ ] by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on February 4, 2019, at Beverly Hills, California.

By: */s/ Nataly Grande*
     Nataly Grande