UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-01130-JLS-GJS                              Date: March 06, 2019
Title:  Dana Weiss, et al. v. Trader Joe's Company

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                          N/A
    Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANTS:

           Not Present                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER (1) STRIKING FIRST AMENDED
COMPLAINT (Doc. 27); AND (2) DENYING DEFENDANT'S
MOTION TO DISMISS AS MOOT (Doc. 30)**

     Before the Court is a Motion to Dismiss filed by Defendant Trader Joe's
Company.  (Mot., Doc. 30.)  Plaintiff Dana Weiss opposed (Opp., Doc. 32) and
Defendant replied (Reply, Doc. 34).  The Court finds this matter appropriate for decision
without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the
hearing set for March 8, 2019, at 10:30 a.m., is VACATED.  For the following reasons,
the Court STRIKES Plaintiff's First Amended Complaint without prejudice and DENIES
Defendant's Motion to Dismiss as moot.

     On November 20, 2018, the Court dismissed Plaintiff's Complaint and gave her
narrow leave to amend.  (MTD Order, Doc. 23.)  The Court was explicit that the
"refresh," "plus symbol," "hydrate," "alkalinity," "perfect balance," and "satisfy"
representations were nonactionable "in that they either amount to puffery or otherwise
would not deceive a reasonable consumer as a matter of law," (*id.* at 5, 9–13) and that
any First Amended Complaint could not "be based on any alleged misrepresentation that
the Court concluded was nonactionable as a matter of law" (*see id.* at 17).  The Court gave
Plaintiff "leave to amend, *but only as to the 9.5 pH balance representation*," which the
Court found actionable but inadequately pled.  (*Id.* at 5 (emphasis added).)

_____
           **CIVIL MINUTES – GENERAL**                              1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-01130-JLS-GJS                    Date: March 06, 2019
Title:  Dana Weiss, et al. v. Trader Joe's Company

Plaintiff's First Amended Complaint flouts the Court's Order.  (FAC, Doc. 27.)
Plaintiff reasserts that the refresh (*id.* ¶ 79), plus symbol (*id.*), hydration (*id.*), alkalinity
(*id.* ¶ 78), perfect balance (*id.*), and satisfy (*id.* ¶ 79) representations are false and
misleading.  Plaintiff tries to bolster these nonactionable claims with articles attached to
the First Amended Complaint related to the health benefits of alkaline water.  (*Id.* ¶¶ 2,
23–29, 32–33; Exs. 1–7, 10–11, Docs. 27-1 & 27-2.)  Further, Plaintiff includes *new*
allegations.  (*See, e.g.*, FAC ¶ 54.)  Plaintiff explains her noncompliance with the Court's
Order by complaining that she "was not even given one chance to amend certain facts as
to on-label advertisements."  (Opp. at 10.)  Disagreement with a court order is not a valid
basis to violate it.

Plaintiff suggests that the Court should "disregard [the improperly repeated and
new allegations] as it sees fit and decide what claims, if any, will proceed forward based
on [the] '9.5+' representation."  (Opp. at 11.)  However, the Court will not parse through
Plaintiff's allegations to determine which comply with the prior Order.  Rather, the Court
finds it appropriate to STRIKE Plaintiff's First Amended Complaint in its entirety
without prejudice.  *See Aloe Vera of Am., Inc. v. United States*, 376 F.3d 960, 964–65
(9th Cir. 2004) ("All federal courts are vested with inherent powers enabling them to
manage their cases and courtrooms effectively and to ensure obedience to their orders.")
(quoting *F.J. Hanshaw Enters., Inc. v. Emerald River Dev., Inc.*, 244 F.3d 1128, 1136
(9th Cir. 2001)).

Accordingly, Plaintiff's First Amended Complaint is STRICKEN without
prejudice and Defendant's Motion to Dismiss is DENIED as moot.  Plaintiff may file a
Second Amended Complaint no later than **fourteen (14)** days from the issuance of this
Order that complies with the Court's prior Order and is based ***only*** on the 9.5 pH balance
representation.  Further failure to comply with the Court's November 20, 2018 Order will
result in sanctions.  If Plaintiff fails to timely file a Second Amended Complaint, the
Court will immediately dismiss this action.

Initials of Preparer:  tg