UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 18-cv-01130-JLS-GJS | Date: June 17, 2019 |
| Title: Dana Weiss, et al. v. Trader Joe's Company | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

   Not Present                                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: WITHDRAWAL OF SECOND AMENDED COMPLAINT; VACATING HEARING FOR DEFENDANT'S MOTION TO DISMISS (Doc. 38)**

    Having reviewed Defendant's Motion to Dismiss the Second Amended Complaint (Doc. 38) and Plaintiff's response thereto (Doc. 41), the Court ORDERS Plaintiff to show cause, in writing, no later than five (5) days from the date of this Order, why the Court should not deem the Second Amended Complaint withdrawn and enter judgment pursuant to the Court's Order Granting Defendant's Motion to Dismiss (Doc. 23), from which Plaintiff could appeal. The hearing set for June 21, 2019, at 10:30 a.m., is VACATED.

                                                                                             Initials of Preparer: tg

_____