UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01130-JLS-GJS            Date: June 25, 2019
Title: Dana Weiss, et al. v. Trader Joe's Company

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DEEMING SECOND AMENDED COMPLAINT WITHDRAWN (Doc. 37)**

On June 17, 2019, the Court ordered Plaintiff to show cause why the Court should not deem her Second Amended Complaint (Doc. 37) withdrawn and set a response date of five days from the Court's Order (effectively June 24, 2019, per Fed. R. Civ. P. 6(a)(1)(C)). (*See* OSC, Doc. 44.) Plaintiff failed to respond to the Court's Order. The Court treats Plaintiff's failure to respond as consent to the Court's proposed relief.

Accordingly, the Court DEEMS Plaintiff's Second Amended Complaint withdrawn and ORDERS Defendant to submit a proposed judgment pursuant to the Court's Order Granting Defendant's Motion to Dismiss (Doc. 23) no later than **five (5) days** from the date of this Order.

Initials of Preparer:  tg

_____
**CIVIL MINUTES – GENERAL**                                                                                    1