DAWN SESTITO (S.B. #214011)
dsestito@omm.com
R. COLLINS KILGORE (S.B. #295084)
ckilgore@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANA WEISS, an individual, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10,<br><br>Defendant. | Case No. 18-cv-01130-JLS-GJS<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT** |

**PLEASE TAKE NOTICE** that Defendant Trader Joe's Company hereby lodges a proposed judgment pursuant to the Court's June 25, 2019 Order deeming Plaintiff's Second Amended Complaint withdrawn and ordering Defendant to submit a proposed judgment pursuant to the Court's Order Granting Defendant's Motion to Dismiss.  (Dkt. 45.)

The proposed judgment is attached hereto as Exhibit A.

Dated: July 1, 2019                               DAWN SESTITO
                                                  R. COLLINS KILGORE
                                                  O'MELVENY & MYERS LLP


                                                  By:  /s/ Dawn Sestito
                                                       Dawn Sestito
                                                  Attorneys for Defendant
                                                  TRADER JOE'S COMPANY