# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANA WEISS, an individual, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation; and DOES 1 through 10,<br><br>Defendant. | Case No. 8:18-cv-01130-JLS-GJS<br><br>**JUDGMENT** |

1 | The Court hereby ENTERS judgment in favor of Defendant and against
2 | Plaintiff.  In accordance with Local Rule 54-3, Defendant may submit a "Bill of
3 | Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible
4 | litigation costs in this action.  *See* C.D. Cal. R. 54-2, 54-2.1.

IT IS SO ORDERED.

Dated: July 03, 2019

By: _____
Hon. Josephine L. Staton
United States District Judge